**IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Christopher Leonard<br>and Bonnie Leonard,<br><br>            Plaintiffs,<br><br>      v.<br><br>Asset Acceptance, LLC,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   No. 08 C 3442<br>)<br>)   Judge Blanche M. Manning<br>)<br>)<br>) |

**AGREED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant, Asset Acceptance, LLC ("Defendant"), by and through their attorneys, Dykema Gossett PLLC, moves pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time for Defendant to respond to Plaintiffs' Complaint. In support of its agreed motion, Defendant states the following:

1. Plaintiffs filed their Complaint on June 16, 2008.

2. Counsel for Defendant was only recently retained and requires additional time to properly investigate the allegations and formulate an appropriate response.

3. On August 11, 2008, Defendant's counsel contacted counsel for Plaintiffs who kindly agreed to grant it a 21-day enlargement of time for Defendant to answer or otherwise plead to the Complaint, up to and including September 2, 2008.

4. This request for an extension is not meant for the purposes of undue delay, and neither party will be prejudiced by this extension.

WHEREFORE, Defendant, Asset Acceptance, LLC, requests that this Court grant it an enlargement of time up to and including September 2, 2008, in which to respond to Plaintiffs' Complaint, and grant such further and additional relief as this Court deems just and appropriate.

Dated: August 11, 2008                    Respectfully submitted,

                                         **ASSET ACCEPTANCE, LLC**

                              By:  s/ James W. McConkey
                                   James W. McConkey (jmcconkey@dykema.com)
                                   Theodore W. Seitz (tseitz@dykema.com*)*
                                   Andrew D. LeMar (alemar@dykema.com)
                                   DYKEMA GOSSETT PLLC
                                   10 S. Wacker Drive, Suite 2300
                                   Chicago, Illinois 60606
                                   Phone: 312-876-1700
                                   Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on **August 11, 2008,** I electronically filed the foregoing **Agreed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint** with the Clerk of the Court using the ECF system, which sent notification to the following:

> Tony Kim (tkim@lawsds.com)
> James S. Shedden (jshedden@lawsds.com)
> Katherine A Hathaway (khathaway@lawsds.com)

s/ Irina V. Frye

CHICAGO\2492095.1
ID\IVF