**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Christopher Leonard and Bonnie Leonard, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | No. 08 C 3442 |
| v. | ) ) | |
| | ) | Judge Blanche M. Manning |
| Asset Acceptance, LLC, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF MOTION**

**TO:**   Counsel of Record

     **PLEASE TAKE NOTICE** that on Thursday, **August 14, 2008,** at **11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Blanche M. Manning** or any judge sitting in her stead in **Room 2125** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **Asset Acceptance, LLC's Agreed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint**.

Dated:  August 11, 2008　　　　　　　　　**ASSET ACCEPTANCE, LLC**

                                                  By:  s/ James W. McConkey
                                                   James W. McConkey (jmcconkey@dykema.com)
                                                   Theodore W. Seitz (tseitz@dykema.com*)*
                                                   Andrew D. LeMar (alemar@dykema.com)
                                                   DYKEMA GOSSETT PLLC
                                                   10 S. Wacker Drive, Suite 2300
                                                 Chicago, Illinois 60606
                                                 Phone: 312-876-1700
                                                 Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on **August 11, 2008,** I electronically filed the foregoing **Notice of Asset Acceptance, LLC's Agreed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint** with the Clerk of the Court using the ECF system, which sent notification to the following:

>Tony Kim (tkim@lawsds.com)
>James S. Shedden (jshedden@lawsds.com)
>Katherine A Hathaway (khathaway@lawsds.com)

>s/ Irina V. Frye

CHICAGO\2492259.1
ID\IVF