**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Christopher Leonard and Bonnie Leonard, | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 3442 |
| v. | ) ) | Judge Blanche M. Manning |
| Asset Acceptance, LLC, | ) ) ) | |
| Defendant. | ) | |

## FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendant, Asset Acceptance, LLC, states as follows:

1. Asset Acceptance, LLC is an indirect, wholly-owned subsidiary of Asset Acceptance Capital Corp., a publicly traded Delaware Corporation.

2. No publicly-held corporation owns 5% or more of Asset Acceptance Capital Corp.'s stock.

Dated: August 11, 2008

Respectfully submitted,

**ASSET ACCEPTANCE, LLC**

By: s/ James W. McConkey
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com)
Andrew D. LeMar (alemar@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on **August 11, 2008,** I electronically filed the foregoing **Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent notification to the following:

>Tony Kim (tkim@lawsds.com)
>James S. Shedden (jshedden@lawsds.com)
>Katherine A Hathaway (khathaway@lawsds.com)

>s/ Irina V. Frye

CHICAGO\2492218.1
ID\IVF