## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Christopher Leonard, et al.

     Plaintiff,

v.            Case No.: 1:08–cv–03442
             Honorable Blanche M. Manning

Asset Acceptance, LLC

     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

  MINUTE entry before the Honorable Blanche M. Manning: Defendant's agreed motion for enlargement of time to respond to plaintiffs' complaint [10] is granted to and including 9/2/2008. No appearance is necessary on 8/14/2008. A status hearing is set for 9/9/2008 at 11:00 A.M. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.